**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SANTOS ZAVALA, | : | |
| *Petitioner,* | : | |
| v. | : | Civil Action No. 2:26-cv-7310 |
| JOHN RIFE, *ET AL.*, | : | |
| *Respondents.* | : | |

**O R D E R**

**AND NOW**, this 7th day of October 2026, upon consideration of the parties' Joint Stipulation, **IT IS ORDERED THAT**:

1. The Stipulation, ECF No. 5, is **APPROVED.**
2. The parties shall notify the Court **on or before October 21, 2026**, whether an agreement has been reached, and if one has been reached, shall file a notice of dismissal under Local Rule 41.1(b).
3. If an agreement has not been reached, Petitioner shall file an amended petition for writ of habeas corpus **on or before October 21, 2026**.
4. Respondents shall file their response to the amended habeas petition **on or before October 28, 2026**.
5. Petitioner shall file any reply **on or before November 4, 2026**, should he deem a reply necessary.

BY THE COURT:

/s/ Joseph F. Leeson, Jr.____
JOSEPH F. LEESON, JR.
United States District Judge