**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SANTOS ZAVALA, | : | |
| Petitioner, | : | |
| | : | |
| v. | : | No. 2:26-cv-7310 |
| | : | |
| JOHN RIFE, *et al.*, | : | |
| Respondents. | : | |

**O R D E R**

**AND NOW**, this 19th day of November, 2026, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Amended Petition for Writ of Habeas Corpus, including the request for injunctive relief, *see* ECF No. 8, is **DENIED and DISMISSED**.

2. The case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*________
JOSEPH F. LEESON, JR.
United States District Judge